```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :    SEALED INFORMATION
                                 :
          - v. -                 :    20 Cr.  376
                                 :
ASHLY LEROY GRIGGS,              :
                                 :
          Defendant.             :
                                 :
- - - - - - - - - - - - - - - - X
```

**COUNT ONE**
(Conspiracy to Commit Bank Fraud)

The United States Attorney charges:

1. From at least in or about March 2020, up to and including at least in or about May 2020, in the Southern District of New York and elsewhere, ASHLY LEROY GRIGGS, the defendant, and others known and unknown, willfully and knowingly, did combine, conspire, confederate, and agree together and with each other to commit bank fraud, in violation of Title 18, United States Code, Section 1344.

2. It was a part and an object of the conspiracy that ASHLY LEROY GRIGGS, the defendant, and others known and unknown, willfully and knowingly, would and did execute and attempt to execute a scheme and artifice to defraud a financial institution, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and to obtain moneys, funds, credits, assets, securities, and other property owned by,

and under the custody and control of, such financial institution, by means of false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1344, to wit, GRIGGS procured and provided or assisted his co-conspirators in procuring and providing to other co-conspirators false identification documents bearing names of individuals other than GRIGGS or the co-conspirators and, using such false identification documents, deposited falsely endorsed checks into bank accounts at financial institutions.

(Title 18, United States Code, Section 1349.)

## COUNT TWO
(Aggravated Identity Theft)

The United States Attorney further charges:

3.   From at least in or about March 2020 up to and including at least in or about May 2020, in the Southern District of New York and elsewhere, ASHLY LEROY GRIGGS, the defendant, knowingly did transfer, possess, and use, without lawful authority, a means of identification of another person, during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), to wit, GRIGGS, without lawful authority, procured and provided or assisted his co-conspirators in procuring and providing to other co-conspirators false identification documents bearing names of

individuals other than GRIGGS or the co-conspirators, during and in relation to his participation in the offense charged in Count One of this Information.

(Title 18, United States Code, Sections 1028A(a)(1), 1028A(b), and 2.)

### FORFEITURE ALLEGATION

4.  As a result of committing the offense alleged in Count One of this Information, ASHLY LEROY GRIGGS, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(A), any and all property constituting or derived from, proceeds obtained directly or indirectly, as a result of the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense that the defendant personally obtained.

### Substitute Assets Provision

5.  If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

> a.  cannot be located upon the exercise of due diligence;
>
> b.  has been transferred or sold to, or deposited with, a third person;
>
> c.  has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

    (Title 18, United States Code, Section 982;
   Title 21, United States Code, Section 853; and
    Title 28, United States Code, Section 2461.)


          __/s/ Audrey Strauss_____
          AUDREY STRAUSS
          Acting United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

**v.**

**ASHLY LEROY GRIGGS,**

**Defendant.**

---

**SEALED INFORMATION**

20 Cr.

(18 U.S.C. §§ 1028A, 1349, and 2.)

AUDREY STRAUSS
Acting United States Attorney

---