

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 20, 2020

**BY EMAIL – REQUEST TO BE FILED UNDER SEAL**
Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Ashly Leroy Griggs*, 20 Cr. 376 (NRB)

Dear Judge Buchwald:

    The Government respectfully writes regarding proposed bail conditions for the defendant in the above-captioned case, in advance of the waiver of indictment, arraignment, and bail hearing currently scheduled for Tuesday, July 21, 2020 at 4:00 p.m. The parties have conferred and respectfully propose the following bail package for the Court's consideration:

1. Personal recognizance bond in the amount of $50,000, to be co-signed two financially responsible persons;

2. The defendant is to remain in the custody of federal law enforcement at all times during travel from California to the Southern District of New York; once the defendant arrives in the Southern District of New York, his travel will be restricted to the Southern District of New York, Eastern District of New York, and District of New Jersey;

3. All mandatory conditions of release included in the Court's standard "Order Setting Conditions of Release" form;

4. Pretrial Services supervision as directed by the Pretrial Services Office;

5. The defendant is to surrender all passports and other travel documents and make no applications for new or replacement travel documents;

6. The defendant shall not possess a firearm, destructive device, or other weapon;

7. The defendant shall not open new bank accounts or lines of credit or close any existing bank accounts or lines of credit without prior approval from the Pretrial Services Office; and


8. The defendant shall not possess any personal identifying information of any other individual.

The parties respectfully request that the defendant be released on a bond with the above conditions on his own signature, with the remaining conditions to be met within two weeks.

SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
Dated: July 21, 2020

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney
Southern District of New York

by: /s/ Rebecca T. Dell
Juliana Murray / Rebecca T. Dell
Assistant United States Attorneys
(212) 637-2314 / 2198

cc: Jennifer Willis, Esq. (by email)