```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :   1:20-cr-00376-NRB-1
    -against-                       :   ORDER
                                    :
Ashly Leroy Griggs                  :
                                    :
Defendant                           :
                                    :
------------------------------------X
```

Naomi Reice Buchwald, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to add the condition of Drug Testing and Treatment as directed by Pretrial Services.

Dated: July 2, 2021
New York, New York

SO ORDERED:

_____
Naomi Reice Buchwald
United States District Judge